UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| IVETTE T. SAMPEDRO | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Case No. 3:11-CV01644-JBA |
| | : | |
| COUNTRY MOTORS II INC d/b/a | : | |
| BOB'S BUICK PONTIAC GMC OF MILFORD, | : | |
| ET AL | : | |
| | : | |
| Defendants | : | April 3, 2012 |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties hereby stipulate to dismissal of the above action with prejudice and without costs or attorneys' fees to any party.

                THE PLAINTIFF,
                IVETTE T. SAMPEDRO


                By:   /s/ Bernard T. Kennedy
                      Bernard T. Kennedy
                      Federal Bar No. ct 00680
                      157 Pine Orchard Road
                      Branford, CT  06405
                      Telephone:  443-607-8901
                      Facsimile:  443-607-8903
                      E-mail:  bernardtkennedy@yahoo.com

THE DEFENDANT,
COUNTRY MOTORS II, INC.


By:____/s/ Nicole C. Chomiak_____
       Nicole C. Chomiak
       Federal Bar No. ct18547
       NUZZO & ROBERTS, L.L.C.
       One Town Center
       P.O. Box 747
       Cheshire, CT  06410
       Telephone:  (203)250-2000
       Facsimile:  (203)50-3131
       E-mail:  nchomiak@nuzzo-roberts.com


THE DEFENDANT,
TD BANK, N.A.,


By:____/s/ Thomas W. Witherington_____
       Thomas W. Witherington, Esq.
       Federal Bar No. ct05711
       Cohn Birnbaum & Shea P.C.
       100 Pearl Street
       Hartford, CT  06103
       Tel.:  (860) 493-2200
       Fax:  (860) 727-0361
       twitherington@cb-shea.com

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| IVETTE T. SAMPEDRO | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Case No.  3:11-cv-01644-JBA |
| | : | |
| COUNTRY MOTORS II, INC., ET AL | : | |
| | : | |
| Defendant | : | |

## CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of April, 2012, a copy of the Stipulation of Dismissal With Prejudice was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the court's CM/ECF System.

    /s/ Thomas W. Witherington_____
Thomas W. Witherington
Federal Bar No. ct05711
Cohn Birnbaum & Shea P.C.
100 Pearl Street, 12th Floor
Hartford, CT 06103
Tel. (860) 493-2200
Fax (860) 727-0361
twitherington@cb-shea.com

159393 TWW 03003-145